1  Muriel B. Kaplan, Esq. (SBN 124607)
   Michele R. Stafford, Esq. (SBN 172509)
2  SALTZMAN & JOHNSON LAW CORPORATION
   120 Howard Street, Suite 520
3  San Francisco, CA 94105
   (415) 882-7900
4  (415) 882-9287 – Facsimile
   mkaplan@sjlawcorp.com
5  mstafford@sjlawcorp.com

6  Attorneys for Plaintiffs

7

8                      UNITED STATES DISTRICT COURT

9                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 
   GIL CROSTHWAITE, et al., as Trustees of the     Case No.: C07-4652 BZ
12 OPERATING ENGNEERS HEALTH AND
   WELFARE TRUST FUND FOR NORTHERN              **PROOF OF SERVICE ON SUMMONS**
13 CALIFORNIA, et al.,

14         Plaintiffs,

15 v.

16 NORTHERN DRILLING, INC., MICHAEL A.
   WATT,
17
           Defendants.
18

19 ///

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28

-1-
**PROOF OF SERVICE ON SUMMONS**
**Case No.: C07-4652 BZ**

P:\CLIENTS\OE3CL\Northern Drilling\Pleadings\Complaint 091007\C07-4652 BZProof of Service of Summons 101207.DOC

| ATTORNEY NAME | TELEPHONE NO. |
|---|---|
| Michele R. Stafford, Esq. (SBN 172509)<br>Saltzman & Johnson Law Corporation<br>120 Howard Street, Suite 520<br>San Francisco, CA 94105 | (415) 882-7900 |

ATTORNEY FOR **PLAINTIFFS**

COURT
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SHORT NAME OF CASE
Operating Engineers Health & Welfare Trust, et al. -v- Northern Drilling, Inc. et al.

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>C 07 4652 BZ |
|---|---|---|---|---|

I am and was on the dates herein mentioned over the age of 18 years and not a party to this action:

I served the: Summons, Complaint, Dispute Resolution Procedures in the Northern District of California, Order Setting Initial Case Management Conference and ADR Deadlines, Standing Orders, Instructions for Completion of ADR Forms Regarding Selection of an ADR Process, Stipulation and [Proposed Order] Selecting ADR Process, Notice of Need for ADR Phone Conference, ADR Certification by Parties and Counsel, Notice of Assignment of Case to a United States Magistrate Judge, Consent to Proceed before a United States Magistrate Judge, Declination to Proceed before a Magistrate Judge and Public Notice-Magistrate Judge, ECF Registration Information Handout, and Welcome to the United States District Court, San Francisco.

**Name: Northern Drilling, Inc.**

**Date of Delivery:** 9/23/2007
**Time of Delivery:** 6:35 p.m.

**Place of Service:**     592 McArthur Court
                                    Riverbank, CA 95367

**Manner of Service:** Substituted Service – by handing documents to Mrs. Watt, wife of Michael A. Watt, agent for service of process for Northern Drilling Inc., and thereafter mailing from San Francisco via first class mail, postage prepaid.

ADOPTED JUDICIAL COUNCIL FORM, RULE 982 (A) (23)    I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on October 2nd, 2007 in San Francisco, CA.

Theresa's Messenger Service
P.O. Box 190543
San Francisco, CA 94119
(415) 760-2188

Signature: _____
Name: Jimmy Leon McDowell
Title: RPS, Merced #14

**PROOF OF SERVICE**

| ATTORNEY NAME<br>MURIEL B. KAPLAN (SBN 124607)<br>MICHELE R. STAFFORD (SBN 172509)<br>SALTZMAN & JOHNSON LAW CORPORATION<br>120 HOWARD STREET, #520<br>SAN FRANCISCO, CA 94105 | TELEPHONE NO.<br>(415) 882-7900 | | | |
|---|---|---|---|---|
| ATTORNEY FOR Plaintiffs | | | | |
| COURT<br>UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA | | | | |
| SHORT NAME OF CASE<br>Operating Engineers Health & Welfare Trust, et al. -v- Northern Drilling, Inc. et al. | | | | |
| DECLARATION RE DILIGENCE TO EFFECT PERSONAL SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>C 07 4652 BZ |

I am and was on the dates herein mentioned over the age of 18 years and not a party to this action. I received the within process on September 20th, 2007 and that after due and diligent effort, I have been unable to effect personal service on the within named: **Michael A. Watt, agent for service of process for Northern Drilling Inc.**

**Residence Address: 592 McArthur Court**
**Riverbank, CA 95367**

**Dates and Times Attempted:** 9/20/07 at 9:15 p.m. – No answer at door. No cars in driveway.

9/22/07 at 12:00 p.m. – No answer at door. No cars in driveway.

9/23/07 at 6:35 p.m.– Mrs. Watt answered the door and identified herself as the husband of Michael Watt, agent for service of process for Northern Drilling, Inc. I explained the nature of the documents and sub-served them to her.

Theresa's Messenger Service
P.O. Box 190543
San Francisco, CA 94119
(415) 760-2168

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed
On: October 2nd, 2007
At: Turlock CA
Signature
Name: Jimmy Leon McDowell
Title: RPS, Merced #14

**DECLARATION RE DILIGENCE TO EFFECT PERSONAL SERVICE**

| ATTORNEY NAME<br>Michele R. Stafford, Esq. (SBN 172509)<br>Saltzman & Johnson Law Corporation<br>120 Howard Street, Suite 520<br>San Francisco, CA 94105 | TELEPHONE NO.<br>(415) 882-7900 | | | |
|---|---|---|---|---|
| ATTORNEY FOR **PLAINTIFFS** | | | | |
| COURT<br>UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA | | | | |
| SHORT NAME OF CASE<br>Operating Engineers Health & Welfare Trust, et al. -v-<br>Northern Drilling, Inc. et al. | | | | |
| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>C 07 4652 BZ |

I am and was on the dates herein mentioned over the age of 18 years and not a party to this action:

I served the: Summons, Complaint, Dispute Resolution Procedures in the Northern District of California, Order Setting Initial Case Management Conference and ADR Deadlines, Standing Orders, Instructions for Completion of ADR Forms Regarding Selection of an ADR Process, Stipulation and [Proposed Order] Selecting ADR Process, Notice of Need for ADR Phone Conference, ADR Certification by Parties and Counsel, Notice of Assignment of Case to a United States Magistrate Judge, Consent to Proceed before a United States Magistrate Judge, Declination to Proceed before a Magistrate Judge and Public Notice-Magistrate Judge, ECF Registration Information Handout, and Welcome to the United States District Court, San Francisco.

**Name: Michael A. Watt**

**Date of Delivery:** 9/23/2007
**Time of Delivery:** 6:35 p.m.

**Place of Service:** 592 McArthur Court
Riverbank, CA 95367

**Manner of Service:** Substituted Service – by handing documents to Mrs. Watt, wife of Michael A. Watt, and thereafter mailing from San Francisco via first class mail, postage prepaid.

ADOPTED JUDICIAL COUNCIL FORM, RULE 982 (A) (23)    I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on October 2nd, 2007 in San Francisco, CA.

Theresa's Messenger Service
P.O. Box 190543
San Francisco, CA 94119
(415) 760-2188

Signature: _____
Name: Jimmy Leon McDowell
Title: RPS, Merced #14

**PROOF OF SERVICE**

| ATTORNEY NAME<br>MURIEL B. KAPLAN (SBN 124607)<br>MICHELE R. STAFFORD (SBN 172509)<br>SALTZMAN & JOHNSON LAW CORPORATION<br>120 HOWARD STREET, #520<br>SAN FRANCISCO, CA 94105 | TELEPHONE NO.<br>(415) 882-7900 | | | |
|---|---|---|---|---|
| ATTORNEY FOR Plaintiffs | | | | |
| COURT<br>UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA | | | | |
| SHORT NAME OF CASE<br>Operating Engineers Health & Welfare Trust, et al. -v- Northern Drilling, Inc. et al. | | | | |
| DECLARATION RE DILIGENCE TO EFFECT PERSONAL SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>C 07 4652 BZ |

I am and was on the dates herein mentioned over the age of 18 years and not a party to this action. I received the within process on September 20th, 2007 and that after due and diligent effort, I have been unable to effect personal service on the within named: Michael A. Watt

**Residence Address:** 592 McArthur Court
            Riverbank, CA 95367

**Dates and Times Attempted:** 9/20/07 at 9:15 p.m. – No answer at door. No cars in driveway.

9/22/07 at 12:00 p.m. – No answer at door. No cars in driveway.

9/23/07 at 6:35 p.m.– Mrs. Watt answered the door and identified herself as the husband of Michael Watt. I explained the nature of the documents and sub-served them to her.

Theresa's Messenger Service
P.O. Box 190543
San Francisco, CA 94119
(415) 760-2188

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed
On: October 2nd, 2007
At: Turlock CA
Signature _____
Name: Jimmy Leon McDowell
Title: RPS, Merced #174

**DECLARATION RE DILIGENCE TO EFFECT PERSONAL SERVICE**