Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
120 Howard Street, Suite 520
San Francisco, CA 94105
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIL CROSTHWAITE, et al., as Trustees of the OPERATING ENGNEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al.,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>NORTHERN DRILLING, INC., MICHAEL A. WATT,<br><br>　　　　Defendants. | Case No.: C07-4652 BZ<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**<br>and<br>**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: October 11, 2007　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　　　　　　SALTZMAN & JOHNSON LAW CORPORATION


　　　　　　　　　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　　　　　　Michele R. Stafford
　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiffs

P:\CLIENTS\OE3CL\Northern Drilling\Pleadings\C07-4652 BZ Declination Magistrate 101207.DOC

## PROOF OF SERVICE

I, the undersigned, declare:

I am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 120 Howard Street, Suite 520, San Francisco, California 94105.

On October 15, 2007, I served the following document(s):

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE and REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

on the interested parties in said action by placing a true and exact copy of each document in a sealed envelope with postage thereon fully prepaid, in a United States Post Office box in San Francisco, California, addressed as follows:

| | |
|---|---|
| **Northern Drilling, Inc.** | **Michael A. Watt** |
| **592 McArthur Court** | **592 McArthur Court** |
| **Riverbank, CA 95367** | **Riverbank, CA 95367** |

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 15th day of October, 2007, at San Francisco, California.

_____/s/_____
Vanessa de Fábrega

P:\CLIENTS\OE3CL\Northern Drilling\Pleadings\C07-4652 BZ Declination Magistrate 101207.DOC