1  Muriel B. Kaplan, Esq. (SBN 124607)
   Michele R. Stafford, Esq. (SBN 172509)
2  SALTZMAN & JOHNSON LAW CORPORATION
   120 Howard Street, Suite 520
3  San Francisco, CA 94105
   (415) 882-7900
4  (415) 882-9287 – Facsimile
   mkaplan@sjlawcorp.com
5  mstafford@sjlawcorp.com

6  Attorneys for Plaintiffs

7

8                  UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11
   GIL CROSTHWAITE, et al., as Trustees of the        Case No.: C07-4652 BZ
12 OPERATING ENGNEERS HEALTH AND
   WELFARE TRUST FUND FOR NORTHERN          REQUEST FOR ENTRY OF DEFAULT;
13 CALIFORNIA, et al.,                      DECLARATION OF MICHELE R.
                                            STAFFORD IN SUPPORT
14         Plaintiffs,

15 v.

16 NORTHERN DRILLING, INC., MICHAEL A.
   WATT,
17
           Defendants.
18

19 TO THE CLERK:

20      Please enter the default of defendants NORTHERN DRILLING, INC., and MICHAEL A.

21 WATT, on the Complaint in the above-entitled action.  This request is based on the fact that

22 defendants have failed to plead or otherwise defend or appear in this action, and the time permitted

23 for such pleading, defense or other appearance has run.

24
        The Proofs of Service on defendants Northern Drilling, Inc. and Michael A. Watt were
25
   electronically filed with this Court on October 12, 2007.
26
        No Answer or other response to the Complaint has been filed.
27

28
                                                                              1
                                               REQUEST FOR ENTRY OF DEFAULT
                                                      CASE NO.: C07-4652 BZ

1    I declare under penalty of perjury that I am the attorney for the plaintiffs in the above

2    entitled action, and that the foregoing is true of my own knowledge.

3    Executed this 16th day of October, 2007, at San Francisco, California.

4                                            SALTZMAN & JOHNSON LAW CORPORATION

5

6                                     By:_____/s/_____

7                                            Michele R. Stafford
                                             Attorneys for Plaintiffs
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**REQUEST FOR ENTRY OF DEFAULT**
**CASE NO.: C07-4652 BZ**

PROOF OF SERVICE

I, the undersigned, declare:

I am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 120 Howard Street, Suite 520, San Francisco, California 94105.

On October 16, 2007, I served the following document(s):

**REQUEST FOR ENTRY OF DEFAULT;**
**DECLARATION OF MICHELE R. STAFFORD IN SUPPORT**

on the interested parties in said action by placing a true and exact copy of each document in a sealed envelope with postage thereon fully prepaid, in a United States Post Office box in San Francisco, California, addressed as follows:

| | |
|---|---|
| **Northern Drilling, Inc.** | **Michael A. Watt** |
| **592 McArthur Court** | **592 McArthur Court** |
| **Riverbank, CA 95367** | **Riverbank, CA 95367** |

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 16th day of October, 2007, at San Francisco, California.

_____/s/_____
Vanessa de Fábrega

3
**REQUEST FOR ENTRY OF DEFAULT**
**CASE NO.: C07-4652 BZ**