**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

October 18, 2007

**RE: <u>GIL CROSTHWAITE, et a l. -v- NORTHERN DRILLING,  INC., et al., C-07-4652-BZ</u>**

**Default** is *Declined* as to **Defendants Northern Drilling, Inc. & Michael A. Watt** on October 18, 2007.

RICHARD W. WIEKING, Clerk

by:  <u>Thelma Nudo</u>
     Deputy Clerk