United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GIL CROSTHWAITE,  No. C 07-04652 CRB

    Plaintiff, **Clerk's Notice**

v.

NORTHERN DRILLING INC.,

    Defendant.
_____/

YOU ARE NOTIFIED THAT the Court has scheduled the initial case management conference for Friday, November 30, 2007 at 10:00 a.m. before the Honorable Charles R. Breyer. The case management statement shall be filed on or before November 23, 2007.

Please report to Courtroom 8, on the 19th Floor, U.S. District Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: October 22, 2007     FOR THE COURT,

Richard W. Wieking, Clerk

By: _____
    Barbara Espinoza
    Courtroom Deputy