Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
120 Howard Street, Suite 520
San Francisco, CA 94105
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIL CROSTHWAITE, et al., as Trustees of the OPERATING ENGNEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>NORTHERN DRILLING, INC., MICHAEL A. WATT,<br><br>Defendants. | Case No.: C07-4652 CRB<br><br>**REVISED PROOF OF SERVICE ON SUMMONS** |

///

///

///

///

///

///

///

-1-
**REVISED** PROOF OF SERVICE ON SUMMONS
Case No.: C07-4652 CRB

P:\CLIENTS\OE3CL\Northern Drilling\Pleadings\Complaint 091007\C07-4652 BZProof of Service of Summons 101207.DOC

| ATTORNEY NAME | TELEPHONE NO. |
|---|---|
| Michele R. Stafford, Esq. (SBN 172509)<br>Saltzman & Johnson Law Corporation<br>120 Howard Street, Suite 520<br>San Francisco, CA 94105 | (415) 882-7900 |

ATTORNEY FOR: **PLAINTIFFS**

COURT
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SHORT NAME OF CASE
Operating Engineers Health & Welfare Trust, et al. -v-
Northern Drilling, Inc. et al.

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER: C 07 4652 BZ |
|---|---|---|---|---|

I am and was on the dates herein mentioned over the age of 18 years and not a party to this action:

I served the: Summons, Complaint, Dispute Resolution Procedures in the Northern District of California, Order Setting Initial Case Management Conference and ADR Deadlines, Standing Orders, Instructions for Completion of ADR Forms Regarding Selection of an ADR Process, Stipulation and (Proposed Order) Selecting ADR Process, Notice of Need for ADR Phone Conference, ADR Certification by Parties and Counsel, Notice of Assignment of Case to a United States Magistrate Judge, Consent to Proceed before a United States Magistrate Judge, Declination to Proceed before a Magistrate Judge and Public Notice-Magistrate Judge, ECF Registration Information Handout, and Welcome to the United States District Court, San Francisco.

**Name:** Michael A. Watt

**Date of Delivery:** 9/23/2007
**Time of Delivery:** 6:35 p.m.

**Place of Service:** 5924 McArthur Court
Riverbank, CA 95367

**Manner of Service:** Substituted Service – by handing documents to person apparently in charge at defendants' usual mailing address, Mrs. Watt, wife of defendant Michael A. Watt, who is agent for service of process for defendant Northern Drilling, Inc., and thereafter mailing from San Francisco via first class mail, postage prepaid.

ADOPTED JUDICIAL COUNCIL FORM, RULE 982 (A) (23)    I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on October 2nd, 2007 in San Francisco, CA.

Theresa's Messenger Service
P.O. Box 190543
San Francisco, CA 94119
(415) 780-2188

Signature: _____
Name: Jimmy Leon McDowell
Title: RPS, Merced #14

**PROOF OF SERVICE**

| ATTORNEY NAME | TELEPHONE NO. |
|---|---|
| Michele R. Stafford, Esq. (SBN 172509)<br>Saltzman & Johnson Law Corporation<br>120 Howard Street, Suite 520<br>San Francisco, CA 94105 | (415) 882-7900 |

ATTORNEY FOR **PLAINTIFFS**

**COURT**
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**SHORT NAME OF CASE**
Operating Engineers Health & Welfare Trust, et al. -v- Northern Drilling, Inc. et al.

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>C 07 4652 BZ |
|---|---|---|---|---|

I am and was on the dates herein mentioned over the age of 18 years and not a party to this action:

I served the: Summons, Complaint, Dispute Resolution Procedures in the Northern District of California, Order Setting Initial Case Management Conference and ADR Deadlines, Standing Orders, Instructions for Completion of ADR Forms Regarding Selection of an ADR Process, Stipulation and [Proposed Order] Selecting ADR Process, Notice of Need for ADR Phone Conference, ADR Certification by Parties and Counsel, Notice of Assignment of Case to a United States Magistrate Judge, Consent to Proceed before a United States Magistrate Judge, Declination to Proceed before a Magistrate Judge and Public Notice-Magistrate Judge, ECF Registration Information Handout, and Welcome to the United States District Court, San Francisco.

**Name:** Northern Drilling, Inc.

**Date of Delivery:** 9/23/2007
**Time of Delivery:** 6:35 p.m.

**Place of Service:** 5924 McArthur Court
Riverbank, CA 95367

**Manner of Service:** Substituted Service – by handing documents to person apparently in charge at defendants' usual mailing address, Mrs. Watt, wife of defendant Michael Watt, who is agent for service of process for defendant Northern Drilling Inc., and thereafter mailing from San Francisco via first class mail, postage prepaid.

ADOPTED JUDICIAL COUNCIL FORM, RULE 982 (A)(23)  I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on October 2nd, 2007 in San Francisco, CA.

Theresa's Messenger Service
P.O. Box 190543
San Francisco, CA 94119
(415) 760-2158

Signature: _____
Name: Jimmy Leon McDowell
Title: RPS Merced #14

**PROOF OF SERVICE**