1  Muriel B. Kaplan, Esq. (SBN 124607)
   Michele R. Stafford, Esq. (SBN 172509)
2  SALTZMAN & JOHNSON LAW CORPORATION
   120 Howard Street, Suite 520
3  San Francisco, CA 94105
   (415) 882-7900
4  (415) 882-9287 – Facsimile
   mkaplan@sjlawcorp.com
5  mstafford@sjlawcorp.com

6  Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIL CROSTHWAITE, et al., as Trustees of the OPERATING ENGNEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al.,<br><br>  Plaintiffs,<br><br>v.<br><br>NORTHERN DRILLING, INC., MICHAEL A. WATT,<br><br>  Defendants. | Case No.: C07-4652 CRB<br><br>**PROOF OF SERVICE** |

I, the undersigned, declare:

I am a citizen of the United States and am employed in the County of San Francisco, State of California.  I am over the age of eighteen and not a party to this action.  My business address is 120 Howard Street, Suite 520, San Francisco, California 94105.

On October 23, 2007, I served the following document(s):

**CLERK'S NOTICE**

///
///
///
///
///

**PROOF OF SERVICE**
**CASE NO. C07-4652 CRB**

1  on the interested parties in said action by placing a true and exact copy of each document in a
2  sealed envelope with postage thereon fully prepaid, in a United States Post Office box in San
3  Francisco, California, addressed as follows:
4
5      **Northern Drilling, Inc.**    **Michael A. Watt**
    **592 McArthur Court**    **592 McArthur Court**
    **Riverbank, CA 95367**    **Riverbank, CA 95367**
6
7      I declare under penalty of perjury that the foregoing is true and correct and that this
8  declaration was executed on this 23rd day of October, 2007, at San Francisco, California.
9
10
11  _____/s/_____
          Vanessa de Fábrega
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**PROOF OF SERVICE
CASE NO. C07-4652 CRB**