Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
120 Howard Street, Suite 520
San Francisco, CA 94105
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIL CROSTHWAITE, et al., as Trustees of the OPERATING ENGNEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>NORTHERN DRILLING, INC., MICHAEL A. WATT,<br><br>Defendants. | Case No.: C07-4652 CRB<br><br>**REVISED** REQUEST FOR ENTRY OF DEFAULT;<br><br>DECLARATION OF MURIEL B. KAPLAN IN SUPPORT |

TO THE CLERK:

Please enter the default of defendants NORTHERN DRILLING, INC., and MICHAEL A. WATT, on the Complaint in the above-entitled action. This request is based on the fact that defendants have failed to plead or otherwise defend or appear in this action, and the time permitted for such pleading, defense or other appearance has run.

Subservice was completed on defendants Northern Drilling, Inc. and Michael A. Watt on September 23, 2007. Proofs of Service on Summons were electronically filed with this Court on October 12, 2007.

No Answer or other response to the Complaint has been filed.

I declare under penalty of perjury that I am the attorney for the plaintiffs in the above entitled action, and that the foregoing is true of my own knowledge.

Executed this 25th day of October, 2007, at San Francisco, California.

SALTZMAN & JOHNSON LAW CORPORATION


By:_____/s/_____
        Muriel B. Kaplan
        Attorneys for Plaintiffs

## PROOF OF SERVICE

I, the undersigned, declare:

I am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 120 Howard Street, Suite 520, San Francisco, California 94105.

On October 25, 2007, I served the following document(s):

**REVISED REQUEST FOR ENTRY OF DEFAULT;**
**DECLARATION OF MURIEL B. KAPLAN IN SUPPORT**

on the interested parties in said action by placing a true and exact copy of each document in a sealed envelope with postage thereon fully prepaid, in a United States Post Office box in San Francisco, California, addressed as follows:

| | |
|---|---|
| **Northern Drilling, Inc.** | **Michael A. Watt** |
| **5924 McArthur Court** | **5924 McArthur Court** |
| **Riverbank, CA 95367** | **Riverbank, CA 95367** |

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 25th day of October, 2007, at San Francisco, California.

_____/s/_____
Vanessa de Fábrega