**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking                                                    General Court Number
Clerk                                                                              415.522.2000

October 26, 2007

RE: <u>CV 07-04652 CRB</u> <u>GIL CROSTHWAITE ET AL v. NORTHERN DRILLING INC. ET AL</u>

Default is entered as to defendants Northern Drilling, Inc. and Michael A. Watt on October 26, 2007.

RICHARD W. WIEKING, Clerk

by    Maria Loo
Case Systems Administrator

NDC TR-4  Rev. 3/89