Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
120 Howard Street, Suite 520
San Francisco, CA 94105
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| GIL CROSTHWAITE, et al., as Trustees of the OPERATING ENGNEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>NORTHERN DRILLING, INC., MICHAEL A. WATT,<br><br>Defendants. | Case No.: C07-4652 CRB<br><br>**NOTICE OF AUTOMATIC STAY UNDER 11 U.S.C. SECTION 362, ONLY AS TO DEFENDANT MICHAEL A. WATT** |

TO THE COURT:

Please take notice that defendant Michael A. Watt filed a Chapter 7 Bankruptcy in the U.S. Bankruptcy Court, Eastern District of California (Modesto), on August 27, 2007. Plaintiffs became aware of this bankruptcy only today during the course of research on unrelated matters, and Plaintiffs are therefore stayed under 11 U.S.C. Section 362 from proceeding with this action against the above named defendant Michael A. Watt only. Plaintiffs' action will proceed against

-1-
**NOTICE OF AUTOMATIC STAY**
**Case No.: 06-3075 MJJ**

1  defendant Northern Drilling, Inc., under plaintiffs' October 25, 2007 filing of their Revised
2  Request for Entry of Default.
3   Plaintiffs will notify this court in the event that the bankruptcy is dismissed, and allowing
4  the within action to again include this defendant.

6  Dated: November 2, 2007        SALTZMAN & JOHNSON LAW CORPORATION

8                  By:_____/s/_____
                        Muriel B. Kaplan
9                       Attorneys for Plaintiffs

# PROOF OF SERVICE

I, the undersigned, declare:

I am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 120 Howard Street, Suite 520, San Francisco, California 94105.

On November 2, 2007, I served the following document(s):

**NOTICE OF AUTOMATIC STAY UNDER 11 U.S.C. SECTION 362, ONLY AS TO DEFENDANT MICHAEL A. WATT**

on the interested parties in said action by placing a true and exact copy of each document in a sealed envelope with postage thereon fully prepaid, in a United States Post Office box in San Francisco, California, addressed as follows:

**Northern Drilling, Inc.**
**5924 McArthur Court**
**Riverbank, CA 95367**

**Michael A. Watt**
**5924 McArthur Court**
**Riverbank, CA 95367**

**Steven R. Davis, Esq.**
**613 14th Street**
**Modesto, CA 95354**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 2nd day of November, 2007, at San Francisco, California.

_____/s/_____
Vanessa de Fábrega

-1-
NOTICE OF AUTOMATIC STAY
Case No.: 06-3075 MJJ