Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
120 Howard Street, Suite 520
San Francisco, CA 94105
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| GIL CROSTHWAITE, et al., as Trustees of the OPERATING ENGNEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>NORTHERN DRILLING, INC., MICHAEL A. WATT,<br><br>Defendants. | Case No.: C07-4652 CRB<br><br>**REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Date:  November 30, 2007<br><br>Time:  10:00 a.m.<br><br>Location:  450 Golden Gate Ave.<br>           San Francisco, CA 94102<br><br>Courtroom: 8, 19th Floor<br><br>Judge:  The Honorable Charles R. Breyer |

Plaintiffs hereby request continuance of the Case Management Conference currently set for November 30, 2007 at 10:00 a.m. before the Honorable Charles R. Breyer.

1. On October 26, 2007, default was entered by the Clerk as to defendants Northern Drilling, Inc. and Michael A. Watt.

2. On November 2, 2007, plaintiffs filed a Notice of Automatic Stay with the Court as to defendant Michael A. Watt.

-1-
**REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE**
**Case No.: 06-4652 CRB**

P:\CLIENTS\OE3CL\Northern Drilling\Pleadings\C07-4652 CRB CMC Continuance Request 112107.DOC

3. Plaintiffs therefore respectfully request that the Case Management Conference, currently scheduled for November 30, 2007, be continued for approximately 60 days to allow the plaintiffs to proceed with a Motion for Default Judgment against defendant Northern Drilling, Inc., if necessary.

Dated: November 21, 2007          SALTZMAN AND JOHNSON LAW CORPORATION


By:_____/s/_____
    Muriel B. Kaplan, Esq.
    Attorneys for Plaintiffs

IT IS SO ORDERED.

The currently set Case Management Conference is hereby continued to __January 11, 2007_____ at __8:30 a.m._____, and all previously set deadlines and dates related to this case are vacated, to be reset at that Conference.


Date: __November 26, 2007_____          _____
                                            United States District Court Judge

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

-2-
**REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE**
**Case No.: 06-4652 CRB**