Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
120 Howard Street, Suite 520
San Francisco, CA 94105
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| GIL CROSTHWAITE, et al., as Trustees of the OPERATING ENGNEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>NORTHERN DRILLING, INC., MICHAEL A. WATT,<br><br>Defendants. | Case No.: C07-4652 CRB<br><br>**PROOF OF SERVICE** |

I, the undersigned, declare:

I am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 120 Howard Street, Suite 520, San Francisco, California 94105.

On November 29, 2007, I served the following document(s):

**ORDER ON
REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**

-1-
**PROOF OF SERVICE
Case No.: 06-4652 CRB**

P:\CLIENTS\OE3CL\Northern Drilling\Pleadings\C07-4652 CRB POS re CMC Continuance Order 112907.DOC

1  on the interested parties in said action by placing a true and exact copy of each document in a
2  sealed envelope with postage thereon fully prepaid, in a United States Post Office box in San
3  Francisco, California, addressed as follows:

4
5      **Northern Drilling, Inc.**           **Michael A. Watt**
       **5924 McArthur Court**              **5924 McArthur Court**
6      **Riverbank, CA 95367**              **Riverbank, CA 95367**

7      **Steven R. Davis, Esq.**
       **613 14th Street**
8      **Modesto, CA 95354**

9
10     I declare under penalty of perjury that the foregoing is true and correct and that this
11  declaration was executed on this 29th day of November, 2007, at San Francisco, California.

12
13                                          _____/s/_____
14                                                  Vanessa de Fábrega

15
16
17
18
19
20
21
22
23
24
25
26
27
28

-2-
**PROOF OF SERVICE**
**Case No.: 06-4652 CRB**

P:\CLIENTS\OE3CL\Northern Drilling\Pleadings\C07-4652 CRB POS re CMC Continuance Order 112907.DOC