Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
120 Howard Street, Suite 520
San Francisco, CA 94105
(415) 882-7900
(415) 882-9287–Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| GIL CROSTHWAITE, et al., as Trustees of the OPERATING ENGNEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>NORTHERN DRILLING, INC., MICHAEL A. WATT,<br><br>Defendants. | Case No.: C07-4652 CRB<br><br>**REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Date: January 11, 2008<br><br>Time: 8:30 a.m.<br><br>Location: 450 Golden Gate Ave.<br>San Francisco, CA 94102<br><br>Courtroom: 8, 19th Floor<br><br>Judge: The Honorable Charles R. Breyer |

Plaintiffs hereby again request continuance of the Case Management Conference currently set for January 11, 2008, at 8:30 a.m. before the Honorable Charles R. Breyer.

1.	On October 26, 2007, default was entered by the Clerk as to defendants Northern Drilling, Inc. and Michael A. Watt.

2.	On November 2, 2007, plaintiffs filed a Notice of Automatic Stay with the Court as to defendant Michael A. Watt.

3. Plaintiffs are currently in the process of determining the status of the corporation following its principal's bankruptcy petition, and therefore respectfully request that the Case Management Conference, currently scheduled for January 11, 2008, be continued for approximately 60 days to allow the plaintiffs to analyze their handling of the case and to proceed with a Motion for Default Judgment against defendant Northern Drilling, Inc., if necessary.

Dated: January 4, 2008                     SALTZMAN AND JOHNSON
                                           LAW CORPORATION


                                           By:_____/s/_____
                                               Muriel B. Kaplan, Esq.
                                               Attorneys for Plaintiffs


IT IS SO ORDERED.

The currently set Case Management Conference is hereby continued to _____ at _____, and all previously set deadlines and dates related to this case are vacated, to be reset at that Conference.


Date: _____            _____
                                           United States District Court Judge

1

## PROOF OF SERVICE

2

3   I, the undersigned, declare:

4

5   I am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 120 Howard Street, Suite 520, San Francisco, California 94105.

6

7

8   On January 4, 2008, I served the following document(s):

9   **REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**

10  on the interested parties in said action by placing a true and exact copy of each document in a sealed envelope with postage thereon fully prepaid, in a United States Post Office box in San Francisco, California, addressed as follows:

11

12

13

14  **Michael A. Watt**              **Michael A. Watt**
    **Northern Drilling, Inc.**     **5924 McArthur Court**
15  **5924 McArthur Court**         **Riverbank, CA 95367**
    **Riverbank, CA 95367**

16                                  **Steven R. Davis, Esq.**
                                    **613 14th Street**
17                                  **Modesto, CA 95354**

18

19  I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 4th day of January, 2008, at San Francisco, California.

20

21

22                                  _____/s/_____
                                    Vanessa de Fábrega
23

24

25

26

27

28

-1-
**REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE**
**Case No.: 06-4652 CRB**

P:\CLIENTS\OE3CL\Northern Drilling\Pleadings\C07-4652 CRB CMC Continuance Request 010408.DOC