1

2

3

4

5

6

7

Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
120 Howard Street, Suite 520
San Francisco, CA 94105
(415) 882-7900
(415) 882-9287–Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiffs

8

9

10

11

12

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

13

14

15

16

17

18

19

20

21

| GIL CROSTHWAITE, et al., as Trustees of the OPERATING ENGNEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al., | Case No.: C07-4652 CRB |
|---|---|
| Plaintiffs, | **REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE** |
| v. | Date:  January 11, 2008 |
| | Time:  8:30 a.m. |
| NORTHERN DRILLING, INC., MICHAEL A. WATT, | Location:  450 Golden Gate Ave. San Francisco, CA 94102 |
| Defendants. | Courtroom:  8, 19th Floor |
| | Judge:  The Honorable Charles R. Breyer |

22

23

24

25

26

27

28

Plaintiffs hereby again request continuance of the Case Management Conference currently set for January 11, 2008, at 8:30 a.m. before the Honorable Charles R. Breyer.

1.    On October 26, 2007, default was entered by the Clerk as to defendants Northern Drilling, Inc. and Michael A. Watt.

2.    On November 2, 2007, plaintiffs filed a Notice of Automatic Stay with the Court as to defendant Michael A. Watt.

**-1-**
**REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE**
**Case No.: 06-4652 CRB**

1    3.    Plaintiffs are currently in the process of determining the status of the corporation

2 following its principal's bankruptcy petition, and therefore respectfully request that the Case

3 Management Conference, currently scheduled for January 11, 2008, be continued for

4 approximately 60 days to allow the plaintiffs to analyze their handling of the case and to proceed

5 with a Motion for Default Judgment against defendant Northern Drilling, Inc., if necessary.

6

7 Dated: January 4, 2008                    SALTZMAN AND JOHNSON
                                            LAW CORPORATION

8

9

10                                  By:_____/s/_____
                                        Muriel B. Kaplan, Esq.
11                                      Attorneys for Plaintiffs

12

13

14 IT IS SO ORDERED.

15    The   currently   set   Case   Management   Conference   is   hereby   continued   to
   ___March 21, 2008_____  at  ___8:30 a.m._____, and all previously set deadlines and
16 dates related to this case are vacated, to be reset at that Conference.

17

18 Date: ___January 8, 2008_____    _____

19                                       United States District Court Judge

20

21

22

23

24

25

26

27

28

**REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE**
**Case No.: 06-4652 CRB**

P:\CLIENTS\OE3CL\Northern Drilling\Pleadings\C07-4652 CRB CMC Continuance Request 010408.DOC