Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
120 Howard Street, Suite 520
San Francisco, CA 94105
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| GIL CROSTHWAITE, et al., as Trustees of the OPERATING ENGNEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> NORTHERN DRILLING, INC., MICHAEL A. WATT, <br><br> Defendants. | Case No.: C07-4652 CRB <br><br> **PROOF OF SERVICE** |

I, the undersigned, declare:

I am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 120 Howard Street, Suite 520, San Francisco, California 94105.

On January 10, 2008, I served the following document(s):

**ORDER on
REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**

-1-
PROOF OF SERVICE
Case No.: 06-4652 CRB

P:\CLIENTS\OE3CL\Northern Drilling\Pleadings\C07-4652 CRB - POS re CMC Continuance 011008.DOC

on the interested parties in said action by placing a true and exact copy of each document in a sealed envelope with postage thereon fully prepaid, in a United States Post Office box in San Francisco, California, addressed as follows:

> **Michael A. Watt**
> **Northern Drilling, Inc.**
> **5924 McArthur Court**
> **Riverbank, CA 95367**
>
> **Michael A. Watt**
> **5924 McArthur Court**
> **Riverbank, CA 95367**
>
> **Steven R. Davis, Esq.**
> **613 14th Street**
> **Modesto, CA 95354**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 10th day of January, 2008, at San Francisco, California.

_____/s/_____
Vanessa de Fábrega

-2-
**PROOF OF SERVICE**
**Case No.: 06-4652 CRB**