Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
120 Howard Street, Suite 520
San Francisco, CA 94105
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| GIL CROSTHWAITE, et al., as Trustees of the OPERATING ENGNEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>NORTHERN DRILLING, INC., MICHAEL A. WATT,<br><br>Defendants. | Case No.: C07-4652 CRB<br><br>**REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Date:  March 21, 2008<br><br>Time:  8:30 a.m.<br><br>Location:  450 Golden Gate Ave.<br>San Francisco, CA 94102<br><br>Courtroom:  8, 19th Floor<br><br>Judge:  The Honorable Charles R. Breyer |

Plaintiffs hereby again request continuance of the Case Management Conference currently set for March 21, 2008, at 8:30 a.m. before the Honorable Charles R. Breyer.

1.      On October 26, 2007, default was entered by the Clerk as to defendants Northern Drilling, Inc. and Michael A. Watt.

2.      On November 2, 2007, plaintiffs filed a Notice of Automatic Stay with the Court as to defendant Michael A. Watt.

-1-
REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE
Case No.: 06-4652 CRB

3. Plaintiffs have made and are continuing their efforts to determine the status and viability of the corporation following its principal's bankruptcy petition, and therefore respectfully request that the Case Management Conference, currently scheduled for March 21, 2008, be continued for approximately 60 days to allow the plaintiffs to make this determination and take appropriate action based on their findings well within that time.

Dated: March 20, 2008         SALTZMAN AND JOHNSON
                              LAW CORPORATION


                              By:_____/s/_____
                                  Muriel B. Kaplan, Esq.
                                  Attorneys for Plaintiffs


IT IS SO ORDERED.

The currently set Case Management Conference is hereby continued to __May 23, 2008__ at __8:30 a.m.__, and all previously set deadlines and dates related to this case are vacated, to be reset at that Conference.


Date: ___March 21, 2008_____        _____
                                        United States District Court Judge

*IT IS SO ORDERED — Judge Charles R. Breyer*