Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
120 Howard Street, Suite 520
San Francisco, CA 94105
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIL CROSTHWAITE, et al., as Trustees of the OPERATING ENGNEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>NORTHERN DRILLING, INC., MICHAEL A. WATT,<br><br>    Defendants. | Case No.: C07-4652 CRB<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT NORTHERN DRILLING, INC.** |

PLEASE TAKE NOTICE that pursuant to F.R.C.P., Rule 41(a)(1), plaintiffs GIL CROSTHWAITE and RUSS BURNS, in their respective capacities as Trustees of the OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al., voluntarily dismiss, without prejudice, their claim against defendant NORTHERN DRILLING, INC.  Defendant is not believed to be a viable business entity at this

time. Defendant has neither served an answer nor moved for summary judgment, and plaintiffs have not previously filed or dismissed any similar action against defendant.

A Notice of Automatic Stay as to defendant MICHAEL A. WATT was filed with the Court on November 2, 2007.

It is requested that the Court shall retain jurisdiction over this matter.

Dated: April 24, 2008         SALTZMAN & JOHNSON
                              LAW CORPORATION


                              By: _____/s/_____
                                  Michele R. Stafford
                                  Attorneys for Plaintiffs


IT IS SO ORDERED.

Date:_____        _____
                              UNITED STATES DISTRICT COURT JUDGE

PROOF OF SERVICE

I, the undersigned, declare:

I am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 120 Howard Street, Suite 520, San Francisco, California 94105.

On April 25, 2008, I served the following document(s):

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
AS TO DEFENDANT NORTHERN DRILLING, INC.**

on the interested parties in said action by placing a true and exact copy of each document in a sealed envelope with postage thereon fully prepaid, in a United States Post Office box in San Francisco, California, addressed as follows:

**Michael A. Watt
Northern Drilling, Inc.
5924 McArthur Court
Riverbank, CA 95367**

**Michael A. Watt
5924 McArthur Court
Riverbank, CA 95367**

**Steven R. Davis, Esq.
613 14th Street
Modesto, CA 95354**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 25th day of April, 2008, at San Francisco, California.

_____/s/_____
Vanessa de Fábrega