Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
120 Howard Street, Suite 520
San Francisco, CA 94105
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIL CROSTHWAITE, et al., as Trustees of the OPERATING ENGNEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>NORTHERN DRILLING, INC., MICHAEL A. WATT,<br><br>    Defendants. | Case No.: C07-4652 CRB<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT NORTHERN DRILLING, INC.**<br><br>**ORDER** |

PLEASE TAKE NOTICE that pursuant to F.R.C.P., Rule 41(a)(1), plaintiffs GIL CROSTHWAITE and RUSS BURNS, in their respective capacities as Trustees of the OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al., voluntarily dismiss, without prejudice, their claim against defendant NORTHERN DRILLING, INC.  Defendant is not believed to be a viable business entity at this

1  time. Defendant has neither served an answer nor moved for summary judgment, and plaintiffs

2  have not previously filed or dismissed any similar action against defendant.

3      A Notice of Automatic Stay as to defendant MICHAEL A. WATT was filed with the

4  Court on November 2, 2007.

5      It is requested that the Court shall retain jurisdiction over this matter.

6

7  Dated: April 24, 2008            SALTZMAN & JOHNSON
                                    LAW CORPORATION

8

9                               By: _____/s/_____
                                Michele R. Stafford

10                                 Attorneys for Plaintiffs

11

12  IT IS SO ORDERED.

13

14  Date:  April 28, 2008              _____

15                                UNITED STATES DISTRICT COURT JUDGE

*(Court seal: UNITED STATES DISTRICT COURT / NORTHERN DISTRICT OF CALIFORNIA; stamp: "IT IS SO ORDERED / Judge Charles R. Breyer")*

16

17

18

19

20

21

22

23

24

25

26

27

28