| | |
|---|---|
| 1 | Muriel B. Kaplan, Esq. (SBN 124607) |
| | Michele R. Stafford, Esq. (SBN 172509) |
| 2 | SALTZMAN & JOHNSON LAW CORPORATION |
| | 120 Howard Street, Suite 520 |
| 3 | San Francisco, CA 94105 |
| | (415) 882-7900 |
| 4 | (415) 882-9287 – Facsimile |
| | mkaplan@sjlawcorp.com |
| 5 | mstafford@sjlawcorp.com |
| 6 | Attorneys for Plaintiffs |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIL CROSTHWAITE, et al., as Trustees of the OPERATING ENGNEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al., | Case No.: C07-4652 CRB |
| Plaintiffs, | **PROOF OF SERVICE** |
| v. | |
| NORTHERN DRILLING, INC., MICHAEL A. WATT, | |
| Defendants. | |

I, the undersigned, declare:

I am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 120 Howard Street, Suite 520, San Francisco, California 94105.

On May 22, 2008, I served the following document(s):

**ORDER**

///
///

-1-
PROOF OF SERVICE
Case No.: 06-4652 CRB

1  on the interested parties in said action by placing a true and exact copy of each document in a
2  sealed envelope with postage thereon fully prepaid, in a United States Post Office box in San
3  Francisco, California, addressed as follows:

      **Michael A. Watt**      **Michael A. Watt**
      **Northern Drilling, Inc.**      **5924 McArthur Court**
      **5924 McArthur Court**      **Riverbank, CA 95367**
      **Riverbank, CA 95367**

      **Steven R. Davis, Esq.**
      **613 14th Street**
      **Modesto, CA 95354**

    I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 22nd day of May, 2008, at San Francisco, California.

                        _____/s/_____
                                Vanessa de Fábrega